# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Metis Solutions, LLC | ) ASBCA No. 61488 |
| | ) |
| Under Contract No. HS0021-17-F-0025 | ) |

APPEARANCES FOR THE APPELLANT:  J. Andrew Jackson, Esq.
Robin Overby, Esq.
Jones Day
Washington, DC

APPEARANCE FOR THE GOVERNMENT:  SoCheung Lee, Esq.
Assistant General Counsel
Defense Security Service
Quantico, VA

## ORDER OF DISMISSAL

The dispute at issue having been settled by the parties, and the government contracting officer's final decision terminating the parties' contract for default having been withdrawn and deemed void *ab initio*, the appeal is dismissed without prejudice.

Dated: December 13, 2018

TERRENCE S. HARTMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61488, Appeal of Metis Solutions LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals